1

2     **E-filed 5/26/06**

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

11

12    ANTONIO LEYBA,                         | Case Number C-05-1744-JF

13                       Petitioner,         | ORDER TO SHOW CAUSE

14            v.

15    D. L. RUNNELS,

16                       Respondent.

17

18

19          Petitioner, a state prisoner currently incarcerated at the California Department of

20    Corrections, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

21    Petitioner is represented by counsel.

22          IT IS ORDERED as follows:

23          (1)     The Clerk of the Court shall serve by certified mail a copy of the petition and a

24    copy of this Order upon counsel for Respondent, the Attorney General of the State of California.

25    The Clerk of the Court also shall serve a copy of this Order upon counsel for Petitioner, Cliff

26    Gardner.

27          (2)     Respondent shall, within thirty (30) days after receiving this order, file and serve

28    upon Petitioner's counsel an answer conforming in all respects to Rule 5 of the Rules Governing

Case No. C-05-1744-JF
ORDER TO SHOW CAUSE
(JFLC2)

1 | Section 2254 Cases, showing cause why a writ of habeas corpus should not issue. At the time
2 | the answer is filed, Respondent shall lodge with the Court all records relevant to a determination
3 | of the issues presented by the petition. If Respondent contends that Petitioner has failed to
4 | exhaust state remedies as to any ground for relief asserted in the petition, Respondent shall
5 | specify what state remedy remains available to Petitioner. If Respondent waives or concedes the
6 | issue of exhaustion, Respondent shall so state in the answer.

7 |      (3)    Petitioner may file a traverse responding to matters raised in the answer within
8 | thirty (30) days after receiving the answer.

9 |      (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon
10 | the filing of the traverse or upon the expiration of time to file a traverse.

14 | DATED: _____5/25/06_____

16 |  
17 |                  JEREMY FOGEL
                 United States District Judge

2

Case No. C-05-1744-JF
ORDER TO SHOW CAUSE
(JFLC2)

1 | Copies of Order e-mailed to:

2

3 | Counsel for Petitioner:

4 | Cliff Gardner
   19 Embarcadero Cove
5 | Oakland, CA 94606

6

7

8 | Counsel for Respondent:

   Office of the Attorney General of the State of California
9 | 455 Golden Gate Avenue
   Suite 11000
10 | San Francisco, CA 94102-3664

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-05-1744-JF
ORDER TO SHOW CAUSE
(JFLC2)