**E-filed 6/29/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ANTONIO LEYBA,** | C 05-1744 JF |
| Petitioner, | **[PROPOSED] ORDER EXTENDING WITHIN WHICH TO FILE RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| **D. L. RUNNELS, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to answer the Order to Show Cause of May 25, 2006, and provide the relevant state court record, will be extended to August 23, 2006. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

Dated:   6/29/06

_____
JEREMY FOGEL
United States District Judge

SF2006401471

[Proposed Order] - C 05-1744 JF

1